GERALD WILBER, an Infant, by EVELYN WILBER, His Guardian ad Litem, Appellant, v. CITY OF BINGHAMTON, Defendant, and BOARD OF EDUCATION OF THE CITY OF BINGHAMTON, Respondent.

Argued February 24, 1947; decided April 11, 1947.

*Riley H. Heath* for appellant.
*Donald W. Kramer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.